JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Jessica Correa | Troutman Sanders LLP, Gerald Francese, jointly and severally, |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Eisner & Dictor, P.C.    #212-473-8700<br>39 Broadway, Suite 1540<br>New York, NY 10006 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Title VII of Civil rights Act of 1964; 42 USC 2000, et seq., NYSHRL, NYCHRL

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                  NATURE OF SUIT

**TORTS**                                                                         **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY<br>[ ] 367 HEALTHCARE/<br>PHARMACEUTICAL PERSONAL<br>INJURY/PRODUCT LIABILITY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110  INSURANCE<br>[ ] 120  MARINE<br>[ ] 130  MILLER ACT<br>[ ] 140  NEGOTIABLE<br>         INSTRUMENT<br>[ ] 150  RECOVERY OF<br>         OVERPAYMENT &<br>         ENFORCEMENT<br>         OF JUDGMENT<br>[ ] 151  MEDICARE ACT<br>[ ] 152  RECOVERY OF<br>         DEFAULTED<br>         STUDENT LOANS<br>         (EXCL VETERANS)<br>[ ] 153  RECOVERY OF<br>         OVERPAYMENT<br>         OF VETERAN'S<br>         BENEFITS<br>[ ] 160  STOCKHOLDERS<br>         SUITS<br>[ ] 190  OTHER<br>         CONTRACT<br>[ ] 195  CONTRACT<br>         PRODUCT<br>         LIABILITY<br>[ ] 196  FRANCHISE | [ ] 310 AIRPLANE<br>[ ] 315 AIRPLANE PRODUCT<br>        LIABILITY<br>[ ] 320 ASSAULT, LIBEL &<br>        SLANDER<br>[ ] 330 FEDERAL<br>        EMPLOYERS'<br>        LIABILITY<br>[ ] 340 MARINE<br>[ ] 345 MARINE PRODUCT<br>        LIABILITY<br>[ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE<br>        PRODUCT LIABILITY<br>[ ] 360 OTHER PERSONAL<br>        INJURY<br>[ ] 362 PERSONAL INJURY -<br>        MED MALPRACTICE<br><br><br><br><br>**ACTIONS UNDER STATUTES**<br><br>**CIVIL RIGHTS**<br><br>[ ] 440  OTHER CIVIL RIGHTS<br>        (Non-Prisoner)<br>[ ] 441 VOTING<br>[x] 442 EMPLOYMENT<br>[ ] 443 HOUSING/<br>        ACCOMMODATIONS<br>[ ] 445 AMERICANS WITH<br>        DISABILITIES -<br>        EMPLOYMENT<br>[ ] 446  AMERICANS WITH<br>        DISABILITIES -OTHER<br>[ ] 448 EDUCATION | [ ] 365 PERSONAL INJURY<br>        PRODUCT LIABILITY<br>[ ] 368 ASBESTOS PERSONAL<br>        INJURY PRODUCT<br>        LIABILITY<br><br>**PERSONAL PROPERTY**<br><br>[ ] 370 OTHER FRAUD<br>[ ] 371 TRUTH IN LENDING<br><br><br><br><br>[ ] 380 OTHER PERSONAL<br>        PROPERTY DAMAGE<br>[ ] 385 PROPERTY DAMAGE<br>        PRODUCT LIABILITY<br><br>**PRISONER PETITIONS**<br>[ ] 463 ALIEN DETAINEE<br>[ ] 510 MOTIONS TO<br>        VACATE SENTENCE<br>        28 USC 2255<br>[ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY<br>[ ] 540 MANDAMUS & OTHER<br><br>**PRISONER CIVIL RIGHTS**<br><br>[ ] 550 CIVIL RIGHTS<br>[ ] 555 PRISON CONDITION<br>[ ] 560 CIVIL DETAINEE<br>        CONDITIONS OF CONFINEMENT | [ ] 625 DRUG RELATED<br>        SEIZURE OF PROPERTY<br>        21 USC 881<br>[ ] 690 OTHER<br><br><br><br><br>**PROPERTY RIGHTS**<br><br>[ ] 820 COPYRIGHTS<br>[ ] 830 PATENT<br>[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION<br>[ ] 840 TRADEMARK<br><br>**LABOR**<br><br>[ ] 710 FAIR LABOR<br>        STANDARDS ACT<br>[ ] 720 LABOR/MGMT<br>        RELATIONS<br>[ ] 740 RAILWAY LABOR ACT<br>[ ] 751 FAMILY MEDICAL<br>        LEAVE ACT (FMLA)<br>[ ] 790 OTHER LABOR<br>        LITIGATION<br>[ ] 791 EMPL RET INC<br>        SECURITY ACT (ERISA)<br><br>**IMMIGRATION**<br><br>[ ] 462 NATURALIZATION<br>        APPLICATION<br>[ ] 465 OTHER IMMIGRATION<br>        ACTIONS | [ ] 422 APPEAL<br>        28 USC 158<br>[ ] 423 WITHDRAWAL<br>        28 USC 157<br><br><br><br><br><br><br><br><br><br><br><br>**SOCIAL SECURITY**<br><br>[ ] 861 HIA (1395ff)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID TITLE XVI<br>[ ] 865 RSI (405(g))<br><br><br>**FEDERAL TAX SUITS**<br><br>[ ] 870 TAXES (U.S. Plaintiff or<br>        Defendant)<br>[ ] 871 IRS-THIRD PARTY<br>        26 USC 7609 | [ ] 375 FALSE CLAIMS<br>[ ] 376 QUI TAM<br>[ ] 400 STATE<br>        REAPPORTIONMENT<br>[ ] 410 ANTITRUST<br>[ ] 430 BANKS & BANKING<br>[ ] 450 COMMERCE<br>[ ] 460 DEPORTATION<br>[ ] 470 RACKETEER INFLU-<br>        ENCED & CORRUPT<br>        ORGANIZATION ACT<br>        (RICO)<br>[ ] 480 CONSUMER CREDIT<br>[ ] 490 CABLE/SATELLITE TV<br><br>[ ] 850 SECURITIES/<br>        COMMODITIES/<br>        EXCHANGE<br><br><br><br>[ ] 890 OTHER STATUTORY<br>        ACTIONS<br>[ ] 891 AGRICULTURAL ACTS<br><br><br>[ ] 893 ENVIRONMENTAL<br>        MATTERS<br>[ ] 895 FREEDOM OF<br>        INFORMATION ACT<br>[ ] 896 ARBITRATION<br>[ ] 899 ADMINISTRATIVE<br>        PROCEDURE ACT/REVIEW OR<br>        APPEAL OF AGENCY DECISION<br><br>[ ] 950 CONSTITUTIONALITY OF<br>        STATE STATUTES |

**REAL PROPERTY**

[ ] 210  LAND CONDEMNATION
[ ] 220  FORECLOSURE
[ ] 230  RENT LEASE & EJECTMENT
[ ] 240  TORTS TO LAND
[ ] 245  TORT PRODUCT LIABILITY
[ ] 290  ALL OTHER REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____                          DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☒ YES  ☐ NO           NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Jessica Correa
c/o Eisner & Dictor, P.C.
39 Broadway, Suite 1540
New York, NY 10006

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
Troutman Sanders LLP
Gerald Francese
875 Third Avenue
New York, NY 10022

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 8/12/19    (SIGNATURE OF ATTORNEY OF RECORD)

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 9 Yr. 2013)
Attorney Bar Code # 5419

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)