USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA CORREA,

                Plaintiff,

- against -

TROUTMAN SANDERS LLP et al.,

                Defendants.

---

19cv7511 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are requested to provide the Court with a status report on this case by **February 5, 2020** and explain whether the case should remain open.

**SO ORDERED.**

Dated:    New York, New York
           January 27, 2020

                                         John G. Koeltl
                                   United States District Judge